NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1256

SOUTHWESTERN BELL TELEPHONE COMPANY,
(formerly known as Southwestern Bell Telephone, L.P.),

Plaintiff-Appellee,

v.

ARTHUR A. COLLINS, INC.,

Defendant-Appellant.

Adam V. Floyd, Floyd & Buss L.L.P., of Austin, Texas, argued for plaintiff-appellee. With him on the brief were H. Kenneth Prol, Matthew S. Wermager and Chad Ennis. Of counsel on the brief was Sandra G. Rodriguez, Vinson & Elkins L.L.P, of Austin, Texas.

George C. Summerfield, Stadheim & Grear Ltd., of Chicago, Illinois, argued for defendant-appellant. With him on the brief were Joseph A. Grear, Rolf O. Stadheim, Keith A. Vogt and Steven R. Pedersen.

Appealed from: United States District Court for the Northern District of Texas

Judge Jane J. Boyle

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1256

SOUTHWESTERN BELL TELEPHONE COMPANY,
(formerly known as Southwestern Bell Telephone, L.P.),

Plaintiff-Appellee,

v.

ARTHUR A. COLLINS, INC.,

Defendant-Appellant.

# Judgment

ON APPEAL from the      United States District Court for the Northern District of Texas

in CASE NO(S).      3:04-CV-0669

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, GAJARSA and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED October 7, 2009      /s/ Jan Horbaly
                           Jan Horbaly, Clerk